UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FARNAZ TEHRANI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA,<br><br>　　　　　Defendant. | Case No. 3:19-cv-0349-MMD-CLB<br><br>**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1] |

**I.     DISCUSSION**

On June 24, 2019, Plaintiff submitted a *pro se* civil rights complaint. (ECF No. 1-1). Plaintiff did not pay the full filing fee and submitted an insufficient *in forma pauperis* application. Thus, the court, directed Plaintiff to fully complete an *in forma pauperis* application. (*See* ECF No. 4). Plaintiff was given until September 13, 2019 to file an application to proceed *in forma pauperis*, which Plaintiff failed to do. Instead, Plaintiff filed a notice and bill for $400,000 to the U.S. District Court (ECF No. 5), as well as a letter to the court that states Plaintiff never filed a complaint with the court and asks that the court stop sending letters. (*See* ECF No. 7.) The court interprets the letter as a motion to voluntarily withdraw this case.

Accordingly, the court recommends that this action be dismissed without prejudice, for Plaintiff's failure to file an application to proceed *in forma pauperis*, and based on Plaintiff's filing of the letter at ECF No. 7.

The parties are advised:

1.     Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation

---

[1]     This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice IB 1-4.

within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This report and recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

For the reason stated above, the court recommends that the District Court enter an order **DISMISSING** this action without prejudice.

**DATED**: March 12, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**