UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FARNAZ TEHRANI,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEVADA,<br><br>　　　　　　　　　　Defendant. | Case No. 3:19-cv-00349-MMD-CLB<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA L. BALDWIN |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin concerning Plaintiff Farnaz Tehrani's insufficient application to proceed *in forma pauperis* and *pro se* civil rights complaint ("Complaint") (ECF Nos. 1, 1-1; *see also* ECF No. 4). (ECF No. 8.) No objection has been filed. The Court will accept and adopt the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

The Court finds it unnecessary to engage in a de novo review to determine whether to adopt Magistrate Judge Baldwin's R&R and is satisfied that there is no clear error.

Tehrani has submitted a letter (ECF No. 7)—which Judge Baldwin deemed a motion to voluntarily withdraw this case—claiming that she never filed this case and asking the Court to cease corresponding with her. (*See* ECF No. 8.) Judge Baldwin recommends dismissing the case for this reason and because Tehrani has not complied with the Court's order that she fully complete an *in forma pauperis* application (*see* ECF No. 4). (ECF No. 8.) This Court agrees with the recommendation and will therefore accept and adopt the R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla L. Baldwin (ECF No. 8) is accepted and adopted in its entirety.

It is further ordered that this case is dismissed without prejudice.

It is further ordered that the pending motion (ECF No. 1) is denied as moot.

The Clerk of the Court is directed to close this case.

DATED THIS 1st day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE